NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ATOS, LLC, DBA RIDEMETRIC,**
*Appellant*

**v.**

**ALLSTATE INSURANCE COMPANY,**
*Appellee*

———————————

2023-1619, 2023-1620

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01118, IPR2021-01209.

———————————

**JUDGMENT**

———————————

ADAM G. UNIKOWSKY, Jenner & Block LLP, Washington, DC, argued for appellant. Also represented by BENJAMIN J. BRADFORD, REGINALD J. HILL, Chicago, IL.

NATHANIEL C. LOVE, Sidley Austin LLP, Chicago, IL, argued for appellee. Also represented by STEPHANIE P. KOH.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2024
Date

Jarrett B. Perlow
Clerk of Court